1
2
3
4
5
6
7
8                      **UNITED STATES DISTRICT COURT**

9                     **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12  AMBER ADARGO,                    )       No. EDCV 12-373-CW
                                     )
13              Plaintiff,           )       JUDGMENT
           v.                        )
14                                   )
    MICHAEL J. ASTRUE, Comm'r of     )
15  Social Security Admin.           )
                                     )
16              Defendant.           )
    _____)

17

18      **IT IS HEREBY ADJUDGED** that this action is dismissed.

19

20

    DATED: February 21, 2013
21

22                                   _____
23                                           CARLA M. WOEHRLE
                                     United States Magistrate Judge
24

25

26

27

28